

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00514-CV

**IN THE ESTATE OF** Consuella Perkins **ULBRICH**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2011-PC-0686
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's motion for rehearing is GRANTED; the probate court's Order Awarding Exempt Property is REVERSED; and this cause is REMANDED for the probate court to rule on Appellant Douglas J. Ulbrich's section 271 application.

Further, the probate court's Order Finding Res Judicata and Collateral Estoppel Apply is REVERSED AND VACATED. Costs of appeal are taxed against Appellees Robert T. Hope, Darlene Wilson, and Deborah Byrd.

SIGNED January 15, 2014.

Karen Angelini, Justice